**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00229-CV**
_____

**IN RE REGINALD STEVENSON AND DIANE STEVENSON**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

After J.B.B.'s father was committed to mental health services and his mother died, J.B.B. was removed by a court order obtained by the Department of Family and Protective Services and subsequently placed with intervening relatives. J.B.B.'s maternal grandparents petition for a writ of mandamus to compel the trial court to vacate its order of May 6, 2013, and grant their motion to strike the intervention filed by the real parties in interest with whom J.B.B. currently resides. *See* Tex. Fam. Code Ann. § 102.003 (West Supp. 2012). After reviewing the petition for writ of mandamus and the response filed by the real parties in interest,

1

we conclude the relators are not entitled to relief. *See* Tex. Fam. Code Ann. § 102.004 (West 2008). Accordingly, we deny the petition for writ of mandamus.

PETITION DENIED.


PER CURIAM


Submitted on May 24, 2013
Opinion Delivered June 13, 2013

Before McKeithen, C.J., Kreger and Horton, JJ.